## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JOSEPH TARTO** | * | **CIVIL ACTION NO. 3:23-cv-01543** |
| | * | |
| **VERSUS** | * | **JUDGE: BRIAN A. JACKSON** |
| | * | |
| **STATE FARM FIRE AND CASUALTY COMPANY AND DOVER BAY SPECIALTY INSURANCE COMPANY** | * | **MAGISTRATE JUDGE: ERIN WILDER-DOOMES** |

---

### JOINT NOTICE OF SETTLEMENT

Plaintiff, Joseph Tarto, and Defendants, State Farm Fire and Casualty Company and Dover Bay Specialty Insurance Company ("Defendants") (collectively the "Parties"), in accordance with Local Rule 16(c), hereby provide notice to this Honorable Court that a settlement of all claims has been reached between Plaintiff, Joseph Tarto and Defendants.

The Parties respectfully request that this Court enter a 60-day conditional order of dismissal to allow for the preparation and execution of necessary documentation and consummation of the settlement.

Respectfully submitted,

**SANGISETTY LAW FIRM, LLC**

*/s/William Boyles*
RAVI K. SANGISETTY (#30709)
WILLIAM BOYLES (#31632)
AMANDA OLMSTEAD (#40002)
3914 Canal Street
New Orleans, LA 70119
Telephone: (504) 662-1016
Facsimile: (504) 662-1318
rks@sangisettylaw.com
william@sangisettylaw.com
amanda@sangisettylaw.com
**Counsel for Plaintiff Joseph Tarto**

1

AND

**ADAMS AND REESE LLP**

*/s/Taylor M. LeDuff*
Kellen J. Mathews (#31860)
William D. Shea (#29419)
Taylor M. LeDuff (#39253)
450 Laurel Street, Suite 1900
Baton Rouge, Louisiana 70801
Telephone: (225) 336-5200
Facsimile: (225) 336-5220
Email: kellen.mathews@arlaw.com
Email: bill.shea@arlaw.com
Email: taylor.leduff@arlaw.com
***Counsel for Defendants, Dover Bay Specialty***
***Insurance Company and State Farm Fire and***
***Casualty Company***

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing has been served upon Plaintiff and all counsel of record in this matter as indicated below:

( **X** )  CM/ECF          (  )  Prepaid U. S. Mail

(  )  Facsimile          (  )  Electronic Mail

(  )  Hand Delivery

This 4th day of October, 2024.

*/s/Taylor M. LeDuff*
Taylor M. LeDuff