UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JOSEPH TARTO                                        CIVIL ACTION

VERSUS

STATE FARM FIRE AND                  NO. 23-01543-BAJ-EWD
CASUALTY COMPANY, ET AL.

### ORDER

Considering the **Joint Notice Of Settlement (Doc. 28)**, which reflects that the parties have reached a compromise and settlement of all claims in this matter, and requests a 60-day conditional order of dismissal,

**IT IS ORDERED** that this action be and is hereby **DISMISSED**, without prejudice to the right, upon good cause shown and within 60 days, to reopen the action if the settlement is not perfected.

**IT IS FURTHER ORDERED** that upon perfection of settlement, the parties shall immediately file a joint stipulation of dismissal consistent with the requirements of Fed. R. Civ. P. 41(a)(1)(A)(ii).

Baton Rouge, Louisiana, this 7th day of October, 2024

JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA